

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Marty Allen Grounds, Appellant

No. 06-21-00071-CR     v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR20-209). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Marty Allen Grounds, pay all costs incurred by reason of this appeal.

RENDERED JANUARY 4, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk